# United States District Court

## for the

## Western District of New York

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: GALAB, Faysal                  Case Number: 02-CR-00214-005

Name of Sentencing Judicial Officer: Honorable William M. Skretny

Date of Original Sentence: December 16, 2003

Original Offense: Count 1, 50 U.S.C. § 1705(b) 18 U.S.C. § 2 and 31. Codes of Federal Regulations 595.204 & 595.205, Making and Attempting to Make a Contribution of funds, Goods, and Services to and for the Benefit of Specially Designated Terrorists.

Original Sentence: Custody of the Bureau of Prisons for a term of 84 months. Upon release from imprisonment, the defendant shall be on supervised release for a term of three (3) years with the following special conditions: 1) The defendant shall obtain and maintain gainful employment. 2) The defendant shall provide the U.S. Probation Office with access to any requested personal and/or business financial information. The U.S. Probation Office is authorized to release pre-sentence and post-sentence financial information submitted by the defendant to the U.S. Attorney's Office for use in the collection of any unpaid find or restitution. 3) The defendant shall submit to a search of his person, property, vehicle, place of residence or any other property under his control and permit confiscation of any evidence or contraband discovered. 4) The defendant shall obtain his General Equivalency Diploma. 5) The defendant shall not incur any form of debt including, but not limited to, use of existing credit cars, new credit cards, lines of credit, mortgages or private loans without the approval of the U.S. Probation Office. 6) The defendant shall continue to abide by all the conditions of the Plea Agreement including cooperation. 7) The defendant hereby assigns to the United States, any profits or proceeds from publicity related to this matter. 8) The defendant shall notify te U.S. Probation Department of any assets received and shall not disburse his interest in any assets, without the approval of the U.S. Probation Department. Criminal Financial Penalties: special assessment in the amount of $100.00.

Type of Supervision: Supervised Release        Date Supervision Commenced: To be determined

## PETITIONING THE COURT

[ X ]   To modify the conditions of supervision as follows:

   1. The defendant shall not possess any terrorism or military related material (such as books, software, videos, DVD's, equipment, etc.).

Honorable William M. Skretny  RE: GALAB, Faysal
February 6, 2008
Page Two

2. The defendant shall not associate with any person listed or known to associate with a terrorist organization.

3. The defendant shall undergo recorded polygraph examinations to monitor compliance with conditions as directed by the probation officer.

## CAUSE

The offender's conviction, Making and Attempting to Make a Contribution of Funds, Goods and Services to and for the Benefit of Specially Designated Terrorists in violation of 50 U.S.C. §1705(b), 18 U.S.C. § 2 and 31 and Code of Federal Regulations 595.204 and 595.205 included his participation in a foreign terrorism training camp. The proposed conditions will serve to reduce the risk the offender may pose to the community. The offender is in agreement with this proposed modification of supervised release and therefore signed the attached, Probation Form 49, "Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision."

The probation officer respectfully requests that the Court indicate a response below and return this document to the Probation Department. If the Court disagrees with the recommendation, please advise as to how the Court wishes to proceed.

Reviewed and Approved:  Respectfully submitted,

Darcia D. Dubose Cheeks  Michael P. Burkey
Supervising U.S. Probation Officer  Senior U.S. Probation Officer
(313) 234-5433  (313) 234-5428

THE COURT ORDERS:

[X] The Modification of Conditions as Noted Above
[ ] Other

William M. Skretny
United States District Judge

03/05/08
Date

# UNITED STATES DISTRICT COURT
# for the
# EASTERN DISTRICT OF MICHIGAN

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

      I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel", I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

      I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

1. The defendant shall not possess any terrorism or military related material (such as books, software, videos, DVD's, equipment, etc.).

2. The defendant shall not associate with any person listed or known to associate with a terrorist organization.

3. The defendant shall undergo recorded polygraph examinations to monitor compliance with conditions as directed by the probation officer.

Witness: _____  Signed: _____
U.S. Probation Officer                                Probationer or Supervised Releasee

_____
1-23-08
Date