IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

      v.                                  02-CR-214-S

YAHYA A. GOBA, et al.

         Defendants.

## NOTICE OF APPEARANCE

TO:   Clerk of the United States District Court
       for the Western District of New York

You are hereby requested to remove William J. Hochul, Jr., as counsel for the United States on the above-entitled action.

You are further requested to enter my appearance as counsel for the United States on the above-entitled action.

DATED: Buffalo, New York, May 20, 2010.

                                      Respectfully submitted,

                                      WILLIAM J. HOCHUL, JR.
                                      United States Attorney

                  BY:   s/Timothy C. Lynch
                          TIMOTHY C. LYNCH
                          Assistant U.S. Attorney
                          Western District of New York
                          138 Delaware Avenue
                          Buffalo, New York  14202
                          (716) 843-5700, ext. 846
                          timothy.lynch@usdoj.gov